FILED
NOV - 8 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. SA CR 10-00260-JVS |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |
| JOHN ALEXANDER BURNETT, | ) |
| Defendant. | ) |

The defendant having been arrested in this District pursuant to a warrant issued by the Honorable James V. Selna, United States District Judge, for alleged violations of the terms and conditions of his probation; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: defendant's lack of bail resources; defendant's unverified background, including recent residential instability; and nature of the charged violations, which indicate that defendant is unlikely to comply with terms of release.

and

B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: criminal history; nature of the charged violations, which indicate that defendant is not likely to comply with terms of release; indication that defendant has relapsed into the use of alcohol.

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 11/8/2013

DOUGLAS F. McCORMICK
United States Magistrate Judge